# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| AMENA WILLIAMS, on behalf of minor child, T.G. | § § § |
| V. | § No. 5:19CV62-RWS-CMC § |
| TEXARKANA INDEPENDENT SCHOOL DISTRICT | § § |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. On July 9, 2019, the Magistrate Judge issued a Report and Recommendation (Docket No. 5), recommending Plaintiff's above-entitled and numbered cause of action be dismissed without prejudice. No objections to the Report and Recommendation have been filed.[1]

The Court has carefully reviewed the Report and Recommendation and agrees with the Magistrate Judge that Plaintiff may not prosecute this complaint on behalf of her minor son without legal counsel. Because Plaintiff has failed to obtain counsel after having been given the opportunity to do so, the Court agrees with the Magistrate Judge that Plaintiff's case should be **DISMISSED WITHOUT PREJUDICE**.

The Court hereby **ADOPTS** the Report of the United States Magistrate Judge (Docket No. 5) as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Plaintiff's above-entitled and numbered cause of action is **DISMISSED**

---

[1] The Clerk of the Court forwarded a copy of the Report and Recommendation to Amena Williams, on behalf of her minor child, T.G. ("Plaintiff") via certified mail. Plaintiff acknowledged receipt on July 15, 2019. As of this date, no objections have been filed.

**WITHOUT PREJUDICE.**

**So ORDERED and SIGNED this 9th day of August, 2019.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE