IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| AMENA WILLIAMS, on behalf of minor child, T.G. § § § | |
| V. § | No. 5:19CV62-RWS-CMC |
| § | |
| TEXARKANA INDEPENDENT SCHOOL DISTRICT § § | |

### FINAL JUDGMENT

This action came on before the Court, Honorable Robert W. Schroeder, III, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is hereby

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED.**

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**So ORDERED and SIGNED this 9th day of August, 2019.**

*[signature: Robert W Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE